## Cement Stone and Tile Company *v.* McCalla.

Evans, P. J. The petition stated a cause of action, the evidence authorized the verdict, and the court did not abuse its discretion in refusing a new trial.     *Judgment affirmed. All the Justices concur.*
May 16, 1913.

Action for damages. Before Judge Ellis. Fulton superior court. July 6, 1912.

*Edgar Latham,* for plaintiff in error. *Scott & Davis,* contra.

---

## Clark *v.* Ballew.

Lumpkin, J. 1. While the evidence was conflicting, and the jury might have been warranted in finding for the defendant, it was sufficient to support a finding for the plaintiff. The credibility of witnesses was for the jury; and the presiding judge having overruled a motion for a new trial, which complained only of the finding of the jury, and assigned no error upon any charge or ruling of the court pending the trial, this court will not reverse the judgment.

2. Although the evidence for the plaintiff might have authorized a verdict for a greater amount than that found, this will not necessitate a reversal, on motion of the defendant, under the facts of this case.

Judgment affirmed. All the Justices concur.
May 16, 1913.

Complaint. Before Judge Ellis. Fulton superior court. July 6, 1912.

*Moore & Branch* and *A. C. Corbett,* for plaintiff in error.